AB-1997-98                                            1

En el Tribunal Supremo de Puerto Rico

| | |
|---|---|
| In re<br>Aurora Ron Menéndez | 99 TSPR 133 |

Número del Caso: AB-1997-98

Oficina del Procurador General:     Lcda. Edna E. Rodríguez Benítez
                                    Procuradora General Auxiliar
Abogado de Parte Querellada:        Lcdo. Andres M. Pérez Brasa

Fecha: 8/24/1999

Materia: Conducta Profesional

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO


In re:


Lcda. Aurora Ron Menéndez              AB-1997-98    Queja



PER CURIAM


San Juan, Puerto Rico a 24 de agosto de 1999.

I

En julio de 1997 el Sr. Raúl Serrano Pérez presentó una queja contra la Lcda. Aurora Ron Menéndez. Contestada la misma, y referida al Procurador General, éste rindió un primer informe y un informe complementario. El 12 de febrero de 1999 ordenamos el archivo de la queja "sujeto a la devolución de cien dólares ($100.00) al quejoso ofrecido por la letrada".

El 7 de abril el señor Serrano Pérez compareció ante nos para informar que había hecho un sinnúmero de llamadas a la licenciada Ron Menéndez y que ella a pesar de indicarle que enviaría el dinero al Tribunal Supremo, no lo había hecho.

El 21 de abril, por segunda ocasión, le ordenamos a la Lcda. Ron Menéndez que en el término de cinco días le remitiera al querellante, en persona o por correo con acuse de recibo, la cantidad de cien dólares. También le ordenamos mostrar causa por la cual no debería ser sancionada por no cumplir con nuestra Resolución del 12 de febrero.

El 20 de mayo compareció nuevamente el señor Serrano Pérez para informar que la licenciada Ron Menéndez no había dado cumplimiento a nuestra orden. La licenciada Ron Menéndez tampoco compareció a mostrar causa que justificara su incumplimiento.

Por tercera ocasión, el 24 de mayo, bajo apercibimiento de ser suspendida del ejercicio de la abogacía, le concedimos un término de cinco días a la licenciada Ron Menéndez para cumplir con nuestra Resolución del 21 de abril.[1] El 15 de junio compareció el señor Serrano Torres y nos informó que la querellada no había dado cumplimiento a nuestra última orden.

El 20 de julio el señor Serrano Torres nos envió copia de dos mociones que alegadamente la Lcda. Ron Menéndez presentó ante este Foro. En ellas alega que envió un giro por $100.00 a este Tribunal y que la moción del 14 de abril que alegadamente presentó "fue recibida por personal del Honorable Tribunal Supremo para el seis (6) de mayo de 1999, según se desprende de acuse de recibo número 0-573535735". Sin embargo, un examen del expediente revela que no se ha recibido ninguna de las referidas mociones, como tampoco el giro por los cien dólares.

## II

Los abogados tienen la obligación ineludible de responder diligentemente a los requerimientos de este Tribunal, particularmente cuando se trata de una queja presentada en su contra que está siendo investigada, independientemente de los méritos de la misma, ya que la naturaleza de la abogacía requiere escrupulosa atención y obediencia a las órdenes del Tribunal Supremo particularmente en la esfera

---

[1] Dicha Resolución fue notificada por la Oficina del Alguacil el 16 de junio.

profesional.  In re: Melecio Morales, res. el 13 de febrero de 1998, 98 TSPR 11; In re: Guemárez Santiago, res. el 30 de junio de 1998, 98 TSPR 118; In re: Velázquez Quiles, res. el 30 de junio 1998, 98 TSPR 104; In re: Osorio Díaz, res. el 30 de junio de 1998, 98 TSPR 103.

En el caso de epígrafe el 12 de febrero de 1999 le ordenamos a la Lcda. Ron Menéndez que le devolviera al querellante cien dólares ($100.00) que ella misma había ofrecido devolver.  Han pasado más de cinco meses y la licenciada Ron Menéndez no ha cumplido nuestra encomienda, ni ha comparecido para justificar su incumplimiento.

La conducta irresponsable de la licenciada Ron Meléndez ha colocado al querellante en la posición de tener que comparecer en varias ocasiones ante nos para informar sobre el incumplimiento con nuestras órdenes, sometiéndolo a los gastos ordinarios que esto conlleva. La conducta de la Lcda. Aurora Ron Menéndez evidencia una falta respeto a este Tribunal, lo cual no hemos de tolerar.

En vista de esas circunstancias, se decreta la suspensión indefinida al ejercicio de la abogacía y la notaría de la Lcda. Aurora Ron Menéndez.

Se dictará la sentencia correspondiente.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Aurora Ron Menéndez

                          AB-1999-98      Queja


                          SENTENCIA


San Juan, Puerto Rico, a 24 de agosto de 1999.


        Por las razones que se expresan en la Opinión del Tribunal, la cual se hace formar parte integral de la presente Sentencia, se decreta la suspensión indefinida del ejercicio de la abogacía y de la notaría en Puerto Rico de la abogada del epígrafe.

        Se ordena al Alguacil General que con carácter prioritario se incaute de la obra y sello notarial de la Lcda. Aurora Ron Menéndez para ser remitida, examinada y oportunamente objeto de un Informe por parte de la Oficina de Inspección de Notarías.

        Así lo pronunció y manda el Tribunal y certifica la Subsecretaria del Tribunal Supremo. El Juez Presidente señor Andréu García no intervino.


                          Carmen E. Cruz Rivera
                     Subsecretaria del Tribunal Supremo